IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:15 po 72 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | INFORMATION |
| | : | |
| JOHN BURNS, | : | 18 U.S.C. § 113(a)(5) |
| | : | 18 U.S.C. §§ 7 & 13 |
| Defendant | : | O.R.C. § 2919.25(A) |
| | : | O.R.C. § 2913.04(A) |

---

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1

On or about November 30, 2014, in the Southern District of Ohio, at Wright-Patterson Air Force Base, Ohio, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, JOHN BURNS, did knowingly assault an individual with the initials "L.B."

In violation of 18 U.S.C. § 113(a)(5).

COUNT 2

On or about November 30, 2014, at Wright-Patterson Air Force Base, Ohio, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, JOHN BURNS, did knowingly cause or attempt to cause physical harm to a family or household member, an individual with the initials "L.B.".

In violation of 18 U.S.C. § § 7& 13 and O.R.C. § 2919.25(A).

COUNT 3

On or about November 30, 2014, at Wright-Patterson Air Force Base, Ohio, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof,

the Defendant, JOHN BURNS, did knowingly use or operate the property of another without the consent of the owner or person authorized to give consent.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2913.04(A).

>CARTER M. STEWART
>United States Attorney
>
>*/s/ Laura I. Clemmens*
>
>LAURA I. CLEMMENS
>Chief, Dayton Branch